**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FLORIDA DEPARTMENT OF STATE,<br><br>                    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES, JANET NAPLITANO, in her official capacity as Secretary of the United States Department of Homeland Security, and ALEJANDRO MAYORKAS, in his official capacity as Director of the United States Bureau of Citizenship and Immigration Services,<br>    3801 Nebraska Ave, NW<br>    Washington, DC   20828<br><br>                    Defendants. | Case No. 1:12-cv-00960-JDB |

**NOTICE OF APPEARANCE**

Please take notice of the appearance of the undersigned counsel on behalf the Defendants in the above-captioned matter. Pursuant to LcvR 83.1(j), the undersigned certifies that he is

familiar with the Local Rules of this Court and the other materials set forth in LcvR 83.8(b) and LcvR 83.9.

Dated:   July 3, 2012                                                          Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

RONALD C. MACHEN
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Director
Civil Division

     /s/Bryan R. Diederich
Bryan R. Diederich (MA BBO # 647632,
NY Reg. # 4216164)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, Room 7330
Washington, D.C. 20044
Tel:   (202) 305-0198
Fax:   (202) 616-8470
E-mail:   bryan.diederich@usdoj.gov

<u>Attorneys for Defendants</u>